# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Jonathan Lee Riches©,

Plaintiff

V.                           Civil No
                             5:07-CV-376-OC-10GRJ

WESLEY SNIPES,

DEFENDANT

## Complaint

## "KIDNAPPED BY WESLEY SNIPES TAX MONEY"

## "TRO TEMPORARY RESTRAINING ORDER"

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves this Honorable Court to issue an order for Defendant named in this suit to respond. This is a civil complaint action pursuant to violation of my civil rights, 6th and 8th amendment rights violations, violation of the copyright act, and crimes pursuant to Tax Fraud, torture, Kidnapping, Identity theft, harassment, and Negligence. Plaintiff moves this Honorable court to issue a TRO Temporary Restraining Order Against Defendant as Defendant has been threatening Plaintiff directly and indirectly. Plaintiff seeks $25,000,000.00 Million from Defendant from Brain damage and stolen copyrighted material. Plaintiff prays for relief.

### 1

Wesley Snipes Tax money has been Kidnapping me since Feb 25th, 2003. I'm being held hostage by FCI williamsburg because of Wesley snipes financial support. Wesley Snipes told me "I hope You die in prison cracker." This is because I beat him in a basketball pickup game with woody

SCANNED

Dockets.Justia.com

Harrelson. He didn't think white men could Jump. I proved him wrong. Snipes bet me even though he is muslim and it's forbidden to bet in islam. Wesley Snipes Federal Taxes support and contribute to my current illegal incarceration. Defendant is violating my 6th amendment rights from my criminal case out of the Southern District of Texas, case # H-03-90. I was enhanced and sentenced to Millions of dollars of fraud losses under 2.B1.1 "Relevant Conduct" that was not presented in my federal indictment, not proven by a Jury beyond a reasonable doubt, or admitted to in my plea Agreement. This is a clear violation of Blakely v. Washington 542 US 296, and U.S. v. Booker/Fan Fan 542 U.S. 456. If You look at my Plea Bargin transcripts you will see the proof. During my Plea Bargin hearing, I plead guilty to a $425 dollar fraudulent wire transfer through western union. Thats the only amount mentioned that was stolen in my plea agreement. Defendant and the Government conduct a "PSR" pre-sentence report and determine I was a ring leader in a interstate Identity theft ring with Fraud losses totaling in the Millions. I was sentenced to 125 months in Federal Prison. A violation of my 6th amendment rights through Defendant's tax paying support.

2

Wesley Snipes knows he's committing tax fraud with the support of my illegal incarceration. Wesley Snipes has high influence on the world, Yet he turns a blind eye. Feb 25th, 2003 Wesley Snipes put me on a Con Air flight with Nicholas Cage and forced me against my will to Houston Texas to be indicted.

3

Wesley Snipes should of been a co-defendant of mine. All of Mr. Snipes wardrobe was financed through our illegal credit card operation in Tampa FL. From Nov 2001 to Feb 2003 Wesley Snipes dumped Imclone shares when Martha Stewart Tipped him off.

4

March 10, 2006 - Wesley Snipes Tax Money went in Boxes of Chiquita Bananas to Colombian Terrorist Groups. Snipes also sent the Colombians New Jack city DVD's and Jonathan Lee Riches© T-shirts. Snipes

wanted a Latin American connection. Snipes told me "He hates white people, but only does business with me because I'm Jewish." Snipes also told me on Aug 29, 2007 that "My fraud tax money is paying for my Attorney Billy Martin."

### 5

Wesley Snipes is in a vast conspiracy with Sen Larry Craig, Michael Vick, Allen Iverson, Jason Williams, Atlanta Mayor Bill Campbell and Johnnie Cochran clients to help get defense Attorney Billy Martin into the media spotlight so Martin can be the next generation Johnnie Cochran to win more clients and business. This is a big plan, and it will take Vick's sacrifice on going to prison, but Mr. Martin promised him kickbacks in the future.

Billy Martin holds annual meetings every Nov 10th at Hilton resorts in Jeckyll Island Georgia to lobby clients using Jack Abramoff. I witnessed a meeting in 2001 while surfing in the Atlantic.

### 6

Wesley Snipes tax money supports cruel and unusual punishment under the 8th amendment on my condition. Wesley Snipes tax money pays the salary of the warden of FCI Williamsburg. Snipes told the Administration at FCI Williamsburg that he wants to save more on taxes and to cut back on spending at FCI Williamsburg. I'm forced to eat chemically induced foods laced with Pesticides and Aspartamed. On May 28, 2007 Snipes forced me to butter my own toast. Snipes ruined my Acting and modeling career. Snipes always calls me "the white Nino Brown." Snipes supports no parole in the Federal system. Snipes supports me being over 500 miles away from my family. Snipes supports no fruits on the commissary at FCI Williamsburg.

### 7

Wesley Snipes told me he will never go to prison. Snipes told me he is in a conspiracy with John Walsh and Bounty hunter diamond dog to skip bail before sentencing. John Walsh is suppose to Hype up Society on his T.V. show to capture Snipes. Bounty hunter diamond dog will go to the Sago Mine in West Virginia to pick up Snipes. Thats where Snipes will be hiding

All 3 will collect t.v. Ratings and Royalty fees. Snipes also plans to do his prison time at FCI Williamsburg to get close to me. I have Snipes social security # in my head. "I'll never tell" like the girl on the movie "Don't say a word."

### Copyright Infringement

Jonathan Lee Riches© products are being sold everywhere. Snipes wore the Jonathan Lee Riches© shirt on the set of U.S. Marshals violating my copyrighted name. Snipes exploits Jonathan Lee Riches© on the David Letterman show. Snipes was wearing Jonathan Lee Riches© muscle shirts at the Warren Jeffs trial.

### TRO Temporary Restraining Order

Snipes told me he wants to "cremate" me at 1600 Pennsylvania Ave. All of Wesley Snipes money has my DNA sprinkled all over it. Snipes plans to charge me with Hank Aaron's bat and Vicks dogs and Gordons #24 car and Lance Armstrongs bicycle and Tiger Woods golf clubs with George Bush's Cabinet members under the supervision of Jewish Mossad, the CIA, Jon Swartz USA today and blame it on Scott Peterson. As Jay Z once said "Don't Wesley Snipe me, less then likely." Plaintiff moves this Honorable Court to issue a restraining order against Wesley Snipes. I'm brain damaged

Its so easy writing lawsuits, even a caveman can do it.

Respectfully Submitted

Jonathan Lee Riches©

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

United States District Court
Middle District of Florida
Golden - Collum Federal Building
207 N.W. Second St.
Ocala, Florida 34475

FLORENCE SC 295
14 SEP 2007 PM 1 T

34475+6603

FCI/SCP WILLIAMSBURG
P O BOX 220
SALTERS, SC 29590
Date: 9/4/07

The enclosed letter was processed through special mail procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, return the enclosure to the above address

_____
Mail Room Officer