# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**JONATHAN LEE RICHES,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　Case No.  **5:07-cv-376-Oc-10GRJ**

**WESLEY SNIPES,**

        **Defendant.**

_____

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a **Track One** Case. All parties must meet any requirements established in Local Rule 3.05 for cases designated as track one. Plaintiff is responsible for serving a copy of this notice on all other parties.

                              SHERYL L. LOESCH, CLERK

                              *Maurya McSheehy*

Date:  September 20, 2007　　　　　　By:    Deputy Clerk

Distribution:
    -Original in Court file
    -Copies to plaintiff(s) [including habeas petitioner(s), bankruptcy appellants(s), and removing defendant(s)]