UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JONATHAN LEE RICHES,

        Plaintiff,

v.                              Case No. 5:07-cv-376-Oc-10GRJ

WESLEY SNIPES,

        Defendant.
_____

## ORDER DISMISSING CASE AS FRIVOLOUS

This case is hereby **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915A. The Clerk shall enter judgment dismissing this case with prejudice, terminate any pending motions, and close the file.

**IT IS SO ORDERED.**

**DONE and ORDERED** at Ocala, Florida, this 21st day of September 2007.

UNITED STATES DISTRICT JUDGE

c: Jonathan Lee Riches